UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
**RICHMOND** DIVISION

_L. Douglas Wilder_
Plaintiff(s),

v.

_Michael Rao, et al_
Defendant(s).

Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint_.
(Title of Document)

_L. DOUGLAS WILDER_
Name of *Pro Se* Party (Print or Type)

_[signature]_
Signature of *Pro Se* Party

Executed on: _7/15/22_ (Date)

### OR

The following attorney(s) prepared or assisted me in preparation of _____.
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)