```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683054120
Cashier ID: lbreeden
Transaction Date: 07/15/2022
Payer Name: LAWRENCE DOUGLAS WILDER

CIVIL FILING FEE- NON-PRISONER
 For: LAWRENCE DOUGLAS WILDER
 Amount:        $402.00

CHECK
 Check/Money Order Num: 542
 Amt Tendered:  $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

Case #3:22-cv-498-JAG

Wilder v. Rao, et al
```