IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

L. DOUGLAS WILDER,
    Plaintiff,

v.                                               Civil Action No. 3:22cv498

MICHAEL RAO, et al.,
    Defendants.

## ORDER

This matter comes before the Court on the plaintiff's pro se complaint. (ECF No. 1.) The plaintiff filed his complaint on Friday, July 15, 2022. Review of the complaint reveals that multiple pages are missing. (*See id.* at 3–4.) Accordingly, the Court DIRECTS the pro se plaintiff to refile his complete complaint on or before **Friday, July 22, 2022.**

It is so ORDERED.

Let the Clerk send a copy of this Order to the pro se plaintiff.

                                                        /s/
                                        John A. Gibney, Jr.
                                        Senior United States District Judge

Date: 18 July 2022
Richmond, VA