UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
AUG 18 2022
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

L. DOUGLAS WILDER )
   Plaintiff, )
  )
v. ) Civil Action No. 3:22-0048
  )
MICHAEL RAO, et al, )
  )
   Defendants. )
_____)

**PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Comes now the Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and files this Notice of Voluntary Dismissal Without Prejudice.

Respectfully submitted on August 18, 2022.

*[signature]*

L. Douglas Wilder (VSB # 06037)
301 Virginia Street, Unit 601
Richmond, Virginia 23219
(804) 381-3483
ldwilder@vcu.edu

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing:

L. Douglas Wilder Voluntary Notice of Dismissal without prejudice

was hand-delivered or served by first class mail on the ___18th___ day of ___August___ 20_22_ to the following:

_____ [sign]
LAWRENCE DOUGLAS WILDER [print]

Address:
301 Virginia St #601
Richmond, VA 23219

Telephone:
804-381-3483