IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

L. DOUGLAS WILDER,
        Plaintiff,

v.                                                         Civil Action No. 3:22cv498

MICHAEL RAO, et al.,
        Defendants.

## **FINAL ORDER**

On August 18, 2022, the plaintiff filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 13.) Pursuant to Rule 41, a plaintiff may voluntarily dismiss his case without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

As of August 18, 2022, no defendant has filed an answer or a motion for summary judgment.[1] Accordingly, the Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the pro se plaintiff.

---

[1] Defendant James Burke filed a motion for dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6) on August 5, 2022. (*See* ECF No. 5.) "When applying the plain language of Rule 12(b)(6) and Rule 41, a defendant's filing of a motion to dismiss under Rule 12(b)(6) does not constitute a motion for summary judgment under Rule 41(a)(1)(A)(i) unless the defendant submits 'matters outside the pleadings' that are 'not excluded by the court.'" *Novosel v. White*, No. 1:19cv365, 2019 WL 6682912, at *2 (citing Fed. R. Civ. P. 12(d); *see also Marex Titanic, Inc. v. The Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993)). Burke's motion does not include any exhibits or address any matters outside the pleadings.

Date: 18 August 2022
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge